IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LaserLock TECHNOLOGIES, INC. | : | CIVIL ACTION |
| v. | : | |
| WS PACKAGING GROUP, INC. | : | NO. 10-5439 |

## **ORDER**

AND NOW, this 18th day of August, 2011, IT IS HEREBY ORDERED that defendant's motion to dismiss is DENIED in part and GRANTED in part, as follows:

1. Defendant's motion to dismiss plaintiff's unjust enrichment and unfair competition claims is GRANTED and the claims shall be DISMISSED WITHOUT PREJUDICE.

2. Defendant's motion to dismiss plaintiff's patent infringement claim is DENIED.

3. Defendant' motion to transfer the matter is GRANTED. This case shall be transferred to the United States District Court for the Western District of Pennsylvania and the Clerk of Court is ORDERED to make the transfer.

BY THE COURT:

J. WILLIAM DITTER, JR., S.J.